## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FIONN CASEY and MELANIE K. CASEY** | * * * | **CIVIL ACTION NO.:  2:23-CV-04570** |
| **VERSUS** | * * * | **JUDGE:  JANE TRICHE MILAZZO** |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | * * | **MAGISTRATE JUDGE: MICHAEL B. NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this 23rd day of August, 2024.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

3